**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| UNILOC USA, INC., et al, § <br> Plaintiffs, § <br> § Case No. 6:15-cv-01168-JRG <br> v. § LEAD CASE <br> § <br> AVAYA INC., § | |
| UNIFY, INC.,                                    § Case No. 6:16-cv-00101-JRG <br> Defendants. | |

## ORDER

Having considered Plaintiffs' Unopposed Motion to Dismiss with Prejudice ("Motion") (Dkt. No. 224), the Court finds that the Motion should be **GRANTED** and Civil Action No. 6:16-cv-00101 by Uniloc USA, Inc. and Uniloc Luxembourg S.A. (collectively, "Uniloc") against Unify, Inc. ("Unify") should be **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(a)(2). Accordingly, it is **ORDERED** that any and all claims by Uniloc against Unify are **DISMISSED WITH PREJUDICE**. Uniloc and Unify shall each bear their own attorney's fees, expenses, and costs. The Clerk is **ORDERED** to terminate Unify in lead case No. 6:15-cv-1168. The Clerk is directed to **CLOSE** member case 6:16-cv-101. Any and all motions between Uniloc and Unify in this lead case or member case which are presently unresolved by this Court are hereby **DENIED AS MOOT**.

**So Ordered this**
May 9, 2017

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE